IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ronald Wilson, | Case No. 3:20 CV 1029 |
| Petitioner, | JUDGMENT ENTRY |
| -vs- | JUDGE JACK ZOUHARY |
| Mark K. Williams, | |
| Respondent. | |

For the reasons described in the accompanying Order (Doc. 3), the Petition (Doc. 1) is dismissed. An appeal of this decision could not be taken in good faith, and this Court declines to issue a certificate of appealability. *See* 28 U.S.C. §§ 1915(a)(3), 2253(c)(1).

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

August 28, 2020